BGAS 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Termaine Tyrone Butler | ) | Case Number: 2:10CR00048-4 |
|  | ) | USM Number: 16505-021 |
|  | ) | Ronald E. Harrison, II |
|  | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violations of mandatory, standard, and special conditions, <u>Violations 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10</u>, of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 29, 2014 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | November 17, 2014 |
| 3 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | October 9, 2014 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated the mandatory condition, <u>Violation 11</u>, and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 5830

October 1, 2019
Date of Imposition of Judgment

Signature of Judge

Defendant's Year of Birth: 1991

City and State of Defendant's Residence:

Brunswick, Georgia

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

October 1, 2019
Date

DEFENDANT: Termaine Tyrone Butler
CASE NUMBER: 2:10CR00048-4

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | August 21, 2015 |
| 5 | The defendant failed to participate in a program of treatment for drug and alcohol abuse (special condition). | July 20, 2019 |
| 6 | The defendant failed to follow the instructions of the probation officer (standard condition). | January 9, 2015 |
| 7 | The defendant failed to report to the probation officer as directed by the court or probation officer (standard condition). | September 17, 2015 |
| 8 | The defendant failed to abide by the imposed curfew (special condition). | September 14, 2015 |
| 9 | The defendant failed to submit truthful and complete written reports within the first five days of each month (standard condition). | September 5, 2015 |
| 10 | The defendant committed another federal, state, or local crime (mandatory condition). | April 7, 2017 |

DEFENDANT: Termaine Tyrone Butler
CASE NUMBER: 2:10CR00048-4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __18 months__

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL